# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MAUREEN N., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-375-GZS |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed August 8, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Final Administrative Decision is hereby **VACATED** and **REMANDED** for further proceedings.

    /s/ George Z. Singal
United States District Judge

Dated this 4th day of September, 2018.